**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Ross Eriksmoen, Inc., d/b/a | ) | |
| T & R Transport, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | Case No. 4:13-cv-107 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Joint Motion to Extend Deadlines" filed by the parties on May 13, 2014. The court **GRANTS** the motion (Docket No. 28) and amends its scheduling order as follows:

3. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) for expert witnesses that will testify as to damages by:

   Plaintiff: January 3, 2015

   Defendant: December 3, 2014

   The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) for expert witnesses (other than expert witnesses that will testify as to damages) by:

   Plaintiff: December 3, 2014

   Defendant: January 3, 2015

4. The parties shall have until February 16, 2015, to complete discovery depositions of expert witnesses.

6. The parties shall have until August 1, 2014, to move to amend pleadings to add claims or defenses, including claims for punitive damages.

**IT IS SO ORDERED.**

Dated this 14th day of May, 2014.

/s/ Charles S. Miller, Jr.
*Charles S. Miller, Jr., Magistrate Judge*
*United States District Court*