# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ross Eriksmoen, Inc., d/b/a/ T&R Transport, | ) ) ) | **ORDER SETTING ADDITIONAL PRETRIAL DEADLINES** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Continental Resources, Inc., | ) ) | Case No. 4:13-cv-107 |
| Defendant. | ) | |

Based on the parties' agreement reached during a motion hearing held on June 19, 2015, the court **ORDERS** that the following discovery deadlines are set:

| | |
|---|---|
| November 16, 2015 | Completion of fact discovery |
| December 1, 2015 | Simultaneous disclosure of expert witnesses and reports |
| January 8, 2016 | Rebuttal expert reports if any |
| February 15, 2016 | Completion of expert witness depositions |

Dated this 19th day of June, 2015.

                                             */s/ Charles S. Miller, Jr.*
                                             Charles S. Miller, Jr., Magistrate Judge
                                             United States District Court